



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CIVIL ACTION NO. 07-5174

JAMES E. Healy vs. William J Shields
AND Haverford Police
Department, AND
Haverford Township.

## COMPLAINT

On July 6, 2007 I was driving on darby road to the lamplighter tavern for dinner at about 7:30 in the evening, a friday night. As I approached the lamplighter tavern, I stopped at the last traffic light, before entering the parking lot, when I saw a police car several car's behind me. I was stopped at a red light. When the light changed green, I proceeded approximately 20 yards, made a right hand turn through a gas station when I saw a police car in back of me, with the overhead light's and siren on. I pulledover in the lamplighter parking lot some 15 feet away. I got out of my car and walked towards the police car that was directly behind my car. As I did, this officer shield's got out of his car. I know the officer because he has harassed me many times before. He was screaming something that I could not understand because the siren was so loud. As he walked right up in front of my face, he was screaming, get back in your car or I am going to tass you. I said, Why are you pulling me over? He then reached to his side, where his gun is. I put my hand's and forearm's in front of my face for protection.

James E Healy
Signature

2 EAST MANOA RD.
HAVERTOWN, PA 19083
Address

This is when officer shield's pulled out his self contained taser gun and brutality tased me 5 to 6 times under my arms and sending my body onto the ground in convultions. At this point when I was on the ground, with many other police officer's right there, officer shield's became more excessive in his force and tossed me several more times. Sending my body into a convulsive fit. Then I was handcuffed put in a police car and put into jail for 5 days. Officer shield's did use excessive force here and had no reason to put me in jail. I have suffered phyical injury, mental anguish, emotional distress. It has also prevented me from being able to work properly. I had to spend a lot of time and money in order to defend myself in the criminal charges stemming from this arrest. I request the amount of 1,500,000 dollars from the harm I suffered and for punitive damages. I also want the court to order change in the Haverford township department so this does not happen to me or anyone else in the future